IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHELE TAYLOR,                    §
                                   §
        Plaintiff,                 §
                                   §
v.                                 §        CIVIL ACTION NO. H-13-2708
                                   §
TEXAS SOUTHERN UNIVERSITY,         §
                                   §
        Defendant.                 §


## VERDICT

We, the jury find in this case, unanimously, as indicated in the answers to the foregoing Interrogatories.

SIGNED at Houston, Texas, on this 26 day of March, 2015.


_____
FOREPERSON OF THE JURY