IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELE TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2708 |
| | § | |
| TEXAS SOUTHERN UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

Plaintiff Michele Taylor's remaining claims against Defendant Texas Southern University came on for trial before the Court and a jury, and the jury this day duly rendered its verdict upon which judgment should be entered that Defendant Texas Southern University did not violate the Equal Pay Act and is not liable to Plaintiff. Accordingly, based on the Court's Memorandum and Order dated December 23, 2014, and the Jury's unanimous Verdict, it is

ORDERED and ADJUDGED that Plaintiff Michele Taylor take nothing on her claims against Defendant Texas Southern University, and Plaintiff's cause of action is DISMISSED on the merits.  All

other and further relief of any nature sought by Plaintiff and not expressly granted herein is DENIED.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas, on this 26TH day of March, 2015.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE